**Gerry C. DuBOSE, Appellant,**

v.

**Jennifer L. CAREY; John D. Kelly; Hanft, Fride, O'Brien, Harries, Swelbar & Burns, P.A., Appellees.**

**No. 05–4343.**

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 3, 2006.

Filed: Nov. 9, 2006.

Gerry C. DuBose, Brooklyn Park, MN, pro se.

Steven W. Schneider, Schneider Law Office, Duluth, MN, for Appellees.

Before SMITH, MAGILL, and BENTON, Circuit Judges.

PER CURIAM.

Gerry C. DuBose appeals the district court's [1] order denying his motion for default judgment, granting defendants summary judgment, and enjoining him from filing future litigation against defendants concerning the same events. He also appeals the denial of his request for reconsideration. Following careful review, we affirm the judgment of the district court. *See* 8th Cir. R. 47B.

---

1. The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota.